STATE [illegible] OF RHODE ISLAND AND PROVIDENCE [illegible]NTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PM-2005-4742 UNITED STEEL WORKERS OF AMERICA V SOUTHERN UNION

Filing Date: 09-12-2005 Case Type: ARBITRATION/CONFIRM
Case Status: CLOSED DURING DISCOVERY Status Date: 09-27-2005

Plaintiff: UNITED STEEL WORKERS OF AMERICA LOC/ Attorney: RICHARD PEIRCE
ID: @10640595

Defendant: SOUTHERN UNION COMPANY
ID: @10640596

Defendant: NEW ENGLAND GAS COMPANY
ID: @10640598

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 09-26-2005 | CONFIRM ARBITRATION | P CRT15 | FORTUNATO |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-12-2005 | COMPLAINT FILED | |
| 09-12-2005 | INITIAL FILING FEE | |
| 09-12-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP211395. |
| 09-27-2005 | NOTICE OF REMOVAL | |
| 09-27-2005 | CASE REMVD TO US DISTRICT CT | |
| 09-27-2005 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island