UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STEELWORKERS OF AMERICA, LOCAL 12431-01**

**VS.** **05-CV-00405-T-LDA**

**SOUTHERN UNION COMPANY D/B/A THE NEW ENGLAND GAS COMPANY**

**CONSENT JUDGMENT**

The Award of Arbitrator Mark L. Irvings dated August 19, 2005 in that certain arbitration proceeding administered by the Labor Relations Connection related to "Contract Inspecting" between the United Steelworkers of America Local Union 12431-01 and Southern Union Company d/b/a The New England Gas Company is confirmed. Judgment is hereby entered on the Award in favor of the Plaintiff, United Steelworkers Of America, Local 12431-01 and against the Defendant Southern Union Company D/B/A The New England Gas Company pursuant to applicable law.

UNITED STEELWORKERS OF AMERICA LOCAL UNION 12431-01
By Its Attorneys,

10/5/05
Attorney for Plaintiff
Richard M. Peirce (#0564)
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street - 8th Floor
Providence, RI 02903
(401) 521-7000
Fax (401) 521-1328

SOUTHERN UNION COMPANY D/B/A THE NEW ENGLAND GAS COMPANY
By Its Attorneys,

10/03/05
Attorney for Defendant
Robert P. Brooks, Esq (#3721)
Adler Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903-2443
(401) 274-7200
Fax (401) 751-0604

By Order:

Deputy Clerk

Dated October 12, 2005

ENTER:

Ernest C. Torres, Chief Judge
10/11/05